IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PURNIMA MAHARAJ,  No. C 12-4317 SI

    Plaintiff,  **ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE**

  v.

BANK OF AMERICA, N.A.,

    Defendant.
                                        /

The Court has received Plaintiff Maharaj's timely response to the Order to Show Cause why the case should not be dismissed for failure to prosecute. In accord with that response, the Court GRANTS the request for a continuance and reschedules the pending motion to **January 11, 2013** at 9:00 am. The Opposition to Defendant's Motion to Dismiss is due December 13, 2012, and the Reply is due December 20, 2012.

**IT IS SO ORDERED.**

Dated: September 20, 2012

                                                        SUSAN ILLSTON
                                                        United States District Judge