IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURNIMA MAHARAJ, | No. C 12-4317 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. / | |

The Court has received Plaintiff Maharaj's timely response to the Order to Show Cause why the case should not be dismissed for failure to prosecute, and is satisfied. In accord with that response, the Court GRANTS the request for a continuance and reschedules the pending motion to **April 19, 2013** at 9:00 am. The Opposition to Defendant's Motion to Dismiss is due March 29, 2012, and the Reply is due April 5, 2013.

**IT IS SO ORDERED.**

Dated: January 8, 2013

SUSAN ILLSTON
United States District Judge